# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

VICTOR WESTON DUVAL,

     Plaintiff,

v.                              Case No. 5:21-cv-70-TKW/MJF

DOUGLAS WADE MERCER, et al.,

     Defendants.

_____/

# <u>O R D E R</u>

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 6).  Plaintiff filed a document (Doc. 9), which the magistrate judge construed as an objection.  *See* Doc. 8.  After reviewing the issues raised in the objection de novo as required by Fed. R. Civ. P. 72(b)(3), the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to state a claim upon which relief can be granted.  Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED with prejudice** under 28 U.S.C. §§19115(e)(2)(B) and 1915A(b), and the Clerk shall close the case file.

**DONE AND ORDERED** this 7th day of May, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**